ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
Angela W. Woolridge
Assistant U.S. Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED
2019 FEB 27 PM 3: 02
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR19-00541 TUC-RM(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

        Plaintiff,

vs.

(1) Jahudiel Francisco Avila-Navarro
Count 1, Forfeiture;

(2) Alan Tadeo Rabago
Counts 1, 2, 3, Forfeiture;

(3) Nicholas Matthew Angulo
Counts 2, 3, Forfeiture;

(4) Andrew Michael Angulo
Counts 2, 3, Forfeiture;

(5) Ernesto Soto Contreras
Count 4, Forfeiture;

        Defendants.

I N D I C T M E N T

Violations:

18 U.S.C. § 2(a)
(Aiding and Abetting the Commission of an Offense)
Counts 2, 3

18 U.S.C. § 554(a), 22 U.S.C. § 2778, and 22 C.F.R. §§ 121.1 and 123.1
(Smuggling Goods From the United States)
Count 1

18 U.S.C. §§ 922(a)(6) and 924(a)(2)
(False Statements in Connection with Acquisition of Firearm)
Counts 2, 3, 4

18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>

On or about January 28 and 29, 2019 near Nogales, Tucson, Phoenix, and elsewhere within the District of Arizona, JAHUDIEL FRANCISCO AVILA-NAVARRO and ALAN TADEO RABAGO knowingly exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any

manner facilitated the transportation, concealment, and sale of such merchandise, article or object, to wit: two Romarm/CUGIR, model Mini Draco 7.62x39mm caliber pistols, serial numbers PE-3635-2018 and PE-6603-2018; one Century Arms, model Micro Draco, 7.62x39mm caliber pistol, serial number PMD-09225-18; and two Glock, model 17, 9mm caliber pistols, serial numbers WWD172 and WWD174; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

## COUNT TWO

On or about January 28, 2019, at or near Phoenix, in the District of Arizona, NICHOLAS MATTHEW ANGULO, ANDREW MICHAEL ANGULO, and ALAN TADEO RABAGO, in connection with the acquisition of a firearm, that is; one Romarm/CUGIR, model Mini Draco 7.62x39mm caliber pistol, serial number PE-3635-2018; from AZESB, L.L.C., doing business as Mo Money Pawn, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to AZESB, L.L.C., which statement was intended to deceive AZESB, L.L.C. as to a fact material to the lawfulness of such sale of said firearm to NICHOLAS MATTHEW ANGULO under Chapter 44, Title 18, United States Code; in that NICHOLAS MATTHEW ANGULO stated that he was the actual transferee/buyer of said firearm when in fact he was purchasing it on behalf of another individual, and ALAN TADEO RABAGO and ANDREW MICHAEL ANGULO aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

## COUNT THREE

On or about January 29, 2019, at or near Scottsdale, in the District of Arizona, NICHOLAS MATTHEW ANGULO, ANDREW MICHAEL ANGULO, and ALAN TADEO RABAGO, in connection with the acquisition of firearms, that is; one Century

Arms, model Mini Draco, 7.62x39mm caliber pistol, serial number PE-6603-2018; and one Century Arms, model Micro Draco, 7.62x39mm caliber pistol, serial number PMD-09225-18; from Bear Arms Firearms, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Bear Arms Firearms, which statement was intended to deceive Bear Arms Firearms as to a fact material to the lawfulness of such sale of said firearms to NICHOLAS MATTHEW ANGULO under Chapter 44, Title 18, United States Code; in that NICHOLAS MATTHEW ANGULO stated that he was the actual transferee/buyer of said firearms when in fact he was purchasing them on behalf of another individual, and ALAN TADEO RABAGO and ANDREW MICHAEL ANGULO aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

## COUNT FOUR

On or about January 25, 2019, at or near Phoenix, in the District of Arizona, ERNESTO SOTO CONTRERAS, in connection with the acquisition of firearms, that is; two Glock, model 17, 9mm caliber pistols, serial numbers WWD172 and WWD174; from Shooters World, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Shooters World, which statement was intended to deceive Shooters World as to a fact material to the lawfulness of such sale of said firearms to ERNESTO SOTO CONTRERAS under Chapter 44, Title 18, United States Code; in that ERNESTO SOTO CONTRERAS stated that he was the actual transferee/buyer of said firearms when in fact he was purchasing them on behalf of another individual; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of Counts One through Four of this Indictment, the defendants, JAHUDIEL FRANCISCO AVILA-NAVARRO, ALAN TADEO RABAGO, NICHOLAS MATTHEW ANGULO, ANDREW MICHAEL ANGULO, and ERNESTO SOTO

CONTRERAS, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to: two Glock, model 17, 9mm caliber pistols, with serial numbers WWD172 and WWD174; two Romarm/CUGIR, model Mini Draco 7.62x39mm caliber pistols, serial numbers PE-3635-2018 and PE-6603-2018; and one Century Arms, model Micro Draco, 7.62x39mm caliber pistol, serial number MD-09225-18.

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/S/

Assistant U.S. Attorney

Dated:   February 27, 2019

**REDACTED FOR PUBLIC DISCLOSURE**

*United States of America v. Jahudiel Francisco Avila-Navarro, et al*
*Indictment Page 4 of 4*